**UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
TEXAS TYLER DIVISION**

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation, <br><br> Plaintiff, <br><br> vs. <br><br> HULLOMAIL, LTD., a United Kingdom limited partnership <br><br> Defendant. | CASE NO. 6:12-cv-00162-LED <br><br> JURY TRIAL DEMANDED |

ORDER OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), and Plaintiff Klausner Technologies, Inc.'s ("Plaintiff"), Notice of Voluntary Dismissal With Prejudice, it is hereby ORDERED that all claims asserted by Plaintiff against Defendant Hullomail, Ltd. in this action are dismissed with prejudice.

**So ORDERED and SIGNED this 19th day of December, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**